IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| USA | ) | Case No: 16 CR 575 |
| v. | ) | |
| | ) | Judge: Thomas M. Durkin |
| John Rogers | ) | |

## ORDER

Bond revocation hearing held 11/20/2017. Government's oral motion to revoke defendant's bond is granted. For the reasons stated orally, defendant's bond is revoked and he is ordered detained pending sentencing.
(6:15)

Date: 11/20/2017                                                                                          /s/ Thomas M. Durkin