UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOHN ROGERS | No. 16 CR 575<br><br>Judge Thomas M. Durkin |

**UNOPPOSED MOTION FOR AN ORDER TO DESTROY ITEMS SEIZED AS EVIDENCE**

The United States of America, by its attorney, Jonathan R. Lausch, Jr., United States Attorney for the Northern District of Illinois, respectfully submits this unopposed motion to the Court for an order to destroy items of evidence in this case.

1. On December 20, 2017, defendant John Rogers was sentenced by this Court after he was convicted of wire fraud, in violation of Title 18, United States Code, Section 1343. As part of the investigation, the government seized evidence, including photographs, sports memorabilia, and other items that were altered for the purpose of committing the fraud scheme charged in this case, and the continued criminal conduct that occurred after defendant was charged.

2. The evidence seized during the investigation is currently in the possession of the Federal Bureau of Investigation. Destruction of the evidence is appropriate because it was used or intended to be used to facilitate the fraud scheme, but more importantly, nearly all of the items contain phony signatures, phony trophy plates, or other markings that purport to represent the items as something they are

1

not. Anything other than destruction will create a risk of these phony items being placed back into the marketplace.

3. As part of his plea agreement, defendant waived and abandoned any right, title, or interest he has in the property seized by the FBI. Additionally, at the December 20 sentencing hearing, defendant confirmed to the Court that he had no objection to the destruction of the evidence. Defendant also offered to waive his interest in two additional boxes of items that were in possession of his counsel and would provide to the FBI.

4. As the Court instructed at the December 20 hearing, the parties have prepared the attached proposed order for the destruction of the evidence. The proposed order directs the government to destroy all of the evidence seized from defendant, with the exception of the following categories: (1) Items the FBI determines are authentic and have value should be preserved and then sold, with any proceeds applied to the restitution amount owed to the victims in the case; (2) At the direction of the FBI, and to the extent possible, items that have little to no value, including bats and balls that contain forged signatures, should have all fraudulent or phony markings removed or defaced, and donated to youth sports programs in the Chicago, Illinois, and Little Rock, Arkansas, areas; (3) Items the FBI determines can be used for other investigations or matters should not be destroyed, and should remain in FBI custody.

WHEREFORE, the government respectfully requests this Court order the destruction of the evidence in this case pursuant to the proposed order submitted with this motion.

                                        Respectfully submitted,

                                        JOHN R. LAUSCH, JR.
                                        United States Attorney

                    By:   */s/ Derek Owens*
                          DEREK OWENS
                          Assistant United States Attorneys
                          219 South Dearborn Street, Room 500
                          Chicago, Illinois 60604
                          Tel: (312) 353-5300

Dated: January 24, 2018